## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**WENDELL A. DUNCAN, #32726**                                            **PLAINTIFF**

**v.**                                             **CIVIL NO. 1:22-cv-00055-HSO-RHWR**

**TRACY MCDONALD, Warden, et al.**                              **DEFENDANTS**

### FINAL JUDGMENT

In accordance with the Court's Order issued this date and incorporated

herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this civil action

is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED** this 26th day of July, 2022.

_s/ Halil Suleyman Ozerden_

HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE